**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

Marcelous Pittman,

Plaintiff(s),

v.

John Halloran, et al.

Defendant(s)

Case No. 26-MC-00008-HE

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff (Plaintiff/Defendant), Marcelous Pittman (Name of Party).

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Annalise Wagner — Signature

September 8, 2026 — Date

Annalise Wagner — Print Name

Loevy and Loevy — Firm

311 N. Aberdeen St., 3rd Floor — Address

Chicago — City, IL — State, 60607 — Zip Code

312-243-5900 — Telephone

wagner@loevy.com — Internet E-mail Address

Criminal Cases Only:

- ☐ Retained or USA
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☐ Pro Bono
- ☐ CJA Training Panel

*Certificate of Service*

☑ I hereby certify that on September 8, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on __________, I filed the attached document with the Clerk of the Court and served the attached document by __________ on the following, who are not registered participants of the ECF System:

s/ Annalise Wagner
s/ Attorney Name